# MINUTE ORDER

## Magistrate Judge Shaniek Maynard

**Alto Lee Adams, Sr., U.S. Courthouse (FTP) Courtroom 4074**     Date: 12/17/2025   Time: 10:00 a.m.

**Defendant:** Duniel Floris-Lincheta     **J#:** 31135-512     **Case #:** 25-cr-10027-MARTINEZ/SNOW

**AUSA:** Justin Hoover     **Attorney:**

**Violation:** ILLEGAL ENTRY AFTER REMOVAL     **Surr/Arrest Date:** 12/17/2025     **YOB:** 1982

**Proceeding:** Initial Appearance     **CJA Appt:**

**Bond/PTD Held:** ☐ Yes  ☐ No     **Recommended Bond:** Pretrial Detention

**Bond Set at:** Temporary Pretrial Detention     **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

**Language:** Spanish

Defendant present in Court. Motion to Unseal Indictment granted. Defendant advised of rights, charges, maximum penalties, and fines. Defendant advised the Court he needed more time to hire an attorney. Report re: Counsel set. The Government seeks pretrial detention based on risk of flight. The Court orders Temporary Pretrial Detention

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**     Date:     Time:     Judge:     Place:

**Report RE Counsel:** Friday, December 19, 2025  10 AM FTP Duty

**PTD/Bond Hearing:** Monday, December 29, 2025  10 AM  Miami Duty

**Prelim/Arraign or Removal:** Monday, December 29, 2025  10 AM  Miami Duty

**Status Conference RE:**

**D.A.R.** 10:12:57     **Time in Court:** 10 Minutes

s/Shaniek Maynard                              Magistrate Judge