UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 4:25-cr-10027-JEM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DUNIEL FLORIS-LINCHETA,

    Defendant.

_____

## DEFENDANT'S INVOCATION OF
## RIGHT TO SILENCE AND COUNSEL

    The Defendant, DUNIEL FLORIS-LINCHETA, hereby invokes Defendant's rights to remain silent and to Counsel with respect to any and all questioning or interrogation, regardless of the subject matter including, but not limited to, matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures, or that may be relevant to sentencing, enhanced punishments, factors applicable under the United States Sentencing Guidelines, restitution, immigration status, or consequences resulting from arrest or conviction, appeals or other post-trial proceedings. The Defendant requests that the U. S. Attorney ensure that this invocation of rights is honored by forwarding a copy of it to all law enforcement

Page **1** of **2**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

agents, government officials, or employees associated with the investigation of any matters relating to the Defendant. Any contact with the Defendant must be made through the Defendant's undersigned attorney.

   **DATED** on December 21, 2025.

                              Respectfully submitted,

                              **Donet, McMillan &Trontz, P.A.**

                         By: /s/ David A. Donet, Jr.
                              David A. Donet, Jr., Esq.
                              Florida Bar No.: 128910
                              Attorney for Defendant

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that on December 21, 2025, undersigned counsel electronically filed the foregoing Defendant's Invocation of Right to Silence and Counsel with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing (NEF) to all counsel of record registered therein.

                              **Donet, McMillan &Trontz, P.A.**

                         By: /s/ David A. Donet, Jr.
                              David A. Donet, Jr., Esq.
                              Florida Bar No.: 128910
                              Attorney for Defendant
                              100 Almeria Avenue, Suite 230
                              Coral Gables, Florida 33134
                              Telephone: (305) 444-0030
                              Email: donet@dmtlaw.com
                              Email: paralegals@dmtlaw.com

                     Page **2** of **2**