UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-10027-CR-JEM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DUNIEL FLORIS-LINCHETA,

    Defendant.
_____/

**PRETRIAL DETENTION ORDER**

The Defendant, DUNIEL FLORIS-LINCHETA, shall be detained pending trial, without prejudice to seeking a full detention hearing at a subsequent date.

On December 23, 2025, the Defendant appeared before the Court for a pretrial detention hearing pursuant to 18 U.S.C. § 3142(f). Rather than proceed with an evidentiary hearing, and with advice of counsel, the Defendant stipulated to detention, expressly reserving his right to seek a full detention hearing at a subsequent date.

The Court takes judicial notice of the charges and the record in this case. The Court finds that there is a factual and legal basis to accept the Defendant's stipulation to detention.

Now, therefore, it is hereby **ORDERED** that Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or

serving sentences or held in custody pending appeal. Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Defendant to the United States Marshal for the purpose of a court appearance. This Order is without prejudice to the Defendant seeking a full detention hearing at a subsequent date.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 23rd day of December 2025.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE