UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 4:25-cr-10027-JEM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DUNIEL FLORIS-LINCHETA,

    Defendant.
_____

**DEFENDANT DUNIEL FLORIS-LINCHETA'S UNOPPOSED MOTION
TO CONTINUE TRIAL AND RELATED DEADLINES
AND TO TRANSFER CASE TO THE MIAMI DIVISION OF THIS COURT**

    Defendant DUNIEL FLORIS-LINCHETA, by and through his undersigned attorney, pursuant to F. R. Crim. P. 12, files his Unopposed Motion to Continue Trial and Related Deadlines and to Transfer Case to the Miami Division of this Court, and in support thereof, states as follows:

    1.    This case is set for Trial during the two-week period commencing on January 26, 2026, in the Key West Division. (See [DE 19] ORDER Setting Criminal Trial Date and Pretrial Schedule).

    2.    The Defendant has received the government's discovery in this case but other defense-initiated discovery is still pending; specifically, Defendant has requested copies of the records from his removal hearing in 2019, the receipt of

Page **1** of **4**

which is anticipated within the next 30 days.

3. Consequently, undersigned counsel needs additional time, not only to review that discovery, but also to review it with his client.

4. Therefore, Defendant needs and respectfully requests a 30-day continuance of the Trial of this case in order to properly prepare an adequate defense.

5. Undersigned counsel respectfully requests as well that this Honorable Court find that the ends of justice served by taking such action outweigh the best interests of the public and the Defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7).

6. A factor to be considered in determining whether to grant a continuance is whether the failure to grant such a continuance would either be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i) and (ii).

7. Undersigned counsel certifies that this continuance is sought in good faith, not for the purposes of delay, but so that justice may be done.

### REQUEST FOR CASE TRANSFER TO THE MIAMI DIVISION

8. Defendant also respectfully requests that this case be transferred to the Miami Division for the reasons that follow.

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

9. Defendant has been a resident of Martin County, Florida, for several years. Since his arrest, he has been held at the Palm Beach County Jail; his family resides in Martin and Miami-Dade Counties, Florida; and his legal counsel is located in Miami-Dade and Broward Counties, Florida; therefore, Defendant would argue that it would be more conducive to a fairer and more efficient administration of this matter and less onerous to him and his family if this case were to be transferred to the Miami Division of this Court.

## CERTIFICATE OF GOOD FAITH CONFERRAL

10. The undersigned conferred with Assistant United States Attorney Jeremy C. Fugate, who indicated that the government (a) does not oppose the continuance sought herein and (b) is "*indifferent and will defer to opposing counsel*" as to the requested transfer to the Miami Division.

## WAIVER OF SPEEDY TRIAL

11. Defendant, DUNIEL FLORIS-LINCHETA, by and through his undersigned attorney, hereby waives his right to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, from January 12, 2026, through and including the next scheduled trial date.

**WHEREFORE**, the Defendant, DUNIEL FLORIS-LINCHETA, respectfully requests that this Honorable Court enter its Order continuing the trial

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

of this cause and reset all related deadlines, and transfer this case to the Miami Division of this Court, for the foregoing reasons.

**DATED:** January 12, 2026.

Respectfully submitted,

**Donet, McMillan & Trontz, P.A.**

By:  /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 12, 2026, undersigned counsel electronically filed the foregoing **Defendant's Unopposed Motion to Continue Trial and Related Deadlines and to Transfer Case to the Miami Division of this Court** with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

**Donet, McMillan & Trontz, P.A.**

By:  /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: 305-444-0030
Email: donet@dmtlaw.com
Email: paralegals@dmtlaw.com