UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 4:25-cr-10027-JEM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DUNIEL FLORIS-LINCHETA,

    Defendant.

_____/

**ORDER GRANTING DEFENDANT DUNIEL FLORIS-LINCHETA'S UNOPPOSED MOTION TO CONTINUE TRIAL AND RELATED DEADLINES AND TO TRANSFER CASE TO THE MIAMI DIVISION OF THIS COURT**

**THIS CAUSE** came before the Court on the [DE  ] Unopposed Motion to Continue Trial and Related Deadlines and to Transfer Case to the Miami Division of this Court filed by Defendant DUNIEL FLORIS-LINCHETA; and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The new trial date and pretrial instructions shall be set forth in a separate Order.

This case is hereby Ordered TRANSFERRED to the Miami Division of this Court.

**DONE AND ORDERED** in the Southern District of Florida on _____, 2025.

 

                                                **HON. JOSE E. MARTINEZ**
                                                United States District Judge

Copies to Counsel of Record.