UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. <u>25-CR-10027-JEM</u>

**UNITED STATES OF AMERICA**

v.

**Duniel Flores-Lincheta,**

      **Defendant.**
_____/

**<u>UNITED STATES' NOTICE OF REASSIGNMENT</u>**

The undersigned Assistant United States Attorney hereby provides notice of her reassignment as counsel of record for the United States of America in this action. Prior counsel, Assistant United States Attorney, Jeremy C. Fugate, is no longer counsel of record.

        Respectfully submitted,

        JASON A. REDING QUIÑONES
        UNITED STATES ATTORNEY

By:   <u>/s/Yvonne Rodriguez-Schack</u>
      Yvonne Rodriguez-Schack
      Assistant United States Attorney
      Florida Bar No. 794686
      99 N.E. 4th Street, Suite 800
      Miami, Florida 33132-2111
      305.961.9014
      Yvonne.Rodriguez-Schack@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 15, 2026, the undersigned electronically filed the foregoing document, United States' Notice of Reassignment, with the Clerk of the Court using CM/ECF.

*/s/Yvonne Rodriguez-Schack*
Yvonne Rodriguez-Schack
Assistant United States Attorney