mUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. <u>25-CR-10027-JEM</u>

**UNITED STATES OF AMERICA**

v.

**DUNIEL FLORES-LINCHETA,**

      **Defendant.**

_____/

## UNITED STATES' NOTICE OF REASSIGNMENT

    The undersigned Special Assistant United States Attorney hereby provides notice of his reassignment as counsel of record for the United States of America in this action. Prior counsel, Assistant United States Attorney, Yvonne Rodriguez-Schack, is no longer counsel of record.

    Respectfully submitted,

    JASON A. REDING QUIÑONES
    UNITED STATES ATTORNEY

By: */s/Tanner Stiehl*_____
    Tanner Stiehl
    Special Assistant United States Attorney
    Florida Bar 1031487
    99 Northeast Fourth Street
    Miami, Florida 33132-2111
    Telephone: (305) 961-9314
    E-Mail: tanner.stiehl@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 25, 2026, the undersigned electronically filed the foregoing document, United States' Notice of Reassignment, with the Clerk of the Court using CM/ECF.

                                                      /s/Tanner Stiehl
                                                     Tanner Stiehl
                                                     Special Assistant United States Attorney