UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 25-CR-10027-MARTINEZ

UNITED STATES OF AMERICA

v.

DUNIEL FLORIS-LINCHETA,

 *Defendant.*
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

PURSUANT to Federal Rule of Criminal Procedure 59(a) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the below-captioned causes are referred to United States Magistrate Judge **WILLIAM MATTHEWMAN** to take all necessary and proper action as required by law with respect to:

**CHANGE OF PLEA HEARING FOR DUNIEL FLORIS-LINCHETA**

DONE AND ORDERED in Miami, Florida, this 4 day of March, 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge William Matthewman