UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-10027-JEM

UNITED STATES OF AMERICA,

v.

DUNIEL FLORES-LINCHETA,
    a/k/a "Duniel Raul Flores Lincheta,"
    a/k/a "Duniel Lincheta Flores Lincheta,"
    Defendant.

_____/

FILED BY _____SW_____ D.C.

**Mar 19, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## STIPULATED FACTUAL PROFFER

The United States of America, Duniel Flores-Lincheta, ("Flores-Lincheta"), and his undersigned counsel agree that, had this case proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

On or about November 15, 2019, Flores-Lincheta was removed pursuant to an order of removal and deported to Cuba. The removal was simultaneously recorded through immigration documents.

On or about November 25, 2022, law enforcement encountered the defendant in the Southern District of Florida. During the encounter, law enforcement ran Flores-Lincheta's immigration information through the immigration database system. The database search established that Flores-Lincheta did not have legal immigration status and was previously removed from the United States. Furthermore, the investigation established that Flores-Lincheta is a citizen and national of Cuba. He was initially released after the encounter, but he was later indicted, and taken into federal custody.

Since his prior removals, Flores-Lincheta has not applied for readmission to the United States. There is no evidence that Flores-Lincheta has been inspected, admitted, or paroled by immigration officials or requested and/or received permission to reenter the United States from the Attorney General, or her successor, or the Secretary of Homeland Security.

JASON A. REDING QUINONES
UNITED STATES ATTORNEY

Date: 3/19/26

By:   TANNER P. STIEHL            for
      SPECIAL ASSISTANT UNITED STATES ATTORNEY

Date: 3/19/26

By:   _____
      DAVID A. DONET
      ATTORNEY FOR DEFENDANT

Date: 3/19/26

By:   _____
      DUNIEL FLORES-LINCHETA
      DEFENDANT