UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 4:25-cr-10027-JEM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DUNIEL FLORIS-LINCHETA,

     Defendant.

_____

**DEFENDANT'S NOTICE OF FILING
<u>LETTERS TO THE COURT FOR CONSIDERATION AT SENTENCING</u>**

The Defendant, DUNIEL FLORIS-LINCHETA, by and through his undersigned attorney, hereby files copies of letters addressed to the Court for consideration at sentencing. Said copies are attached hereto and incorporated herein as Composite Exhibit "A."

**DATED:** July 27, 2026.

Respectfully submitted,

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant

[Certificate of Service on next page]

Page **1** of **2**

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on July 27, 2026, undersigned counsel electronically filed the foregoing Defendant's Notice of Filing Letters to the Court for Consideration at Sentencing with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: 305-444-0030
Email: donet@dmtlaw.com
Email: paralegals@dmtlaw.com

Page **2** of **2**