UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 4:25-cr-10027-JEM

UNITED STATES OF AMERICA,

Plaintiff,

v.

DUNIEL FLORIS-LINCHETA,

Defendant.

_____

**COMPOSITE EXHIBIT "A"
TO
DEFENDANT'S NOTICE OF FILING
LETTERS TO THE COURT FOR CONSIDERATION AT SENTENCING**

**Letters addressed to the Court.**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

To whom it may concern.

My name is Michel Rodriguez owner of We Rack Designs. I proudly served In the United States Army and was Honorably Discharged. Throughout my military service and my years as a business owner, I have learned the importance of integrity, honesty, hard work and personal responsibility. It is because of these values I do not take writing this letter lightly. I sincerely hope my personal and professional experience, along with my firsthand knowledge of Mr Duniel Raul Flores Lincheta's character, will be given thoughtful consideration.

I met Duniel Raul Flores Lincheta approximately three years ago when he began working for me as an employee.

Over those three years, I observed his work ethics, integrity and character firsthand. Over time out professional relationship grew into a genuine friendship, based on the respect I gained for him as a person.

Throughout the time that I have known him, Duniel has consistently demonstrated himself to be honest, hardworking, and dependable. He takes pride in his work, is respectful towards others, and has always been committed to providing for his family.

Beyond being a great worker, he has shown to me a very strong moral character and have a real commitment to his family and those around him. I believe his actions reflect someone who contributes positively to the community. I'm hopping his dedication to working honestly and supporting his love ones can be given fair consideration as someone that is an asset to our community.

Thank you for taking the time to read this.

Sincerely

Michel Rodriguez

We Rack Designs

561-252-7272

michel@werackdesigns.com

574 NW Mercantile Pl  Unit 105

Port St Lucie, Fl 34986



To Whom It May Concern:

My name is Yasiel Martinez, and I have known Duniel Raul Flores Lincheta for more than 20 years.

Throughout all these years, I have come to know Duniel as a hardworking, honest, respectful, and family-oriented man. He has always been dedicated to providing for his family and has consistently demonstrated a strong work ethic and a great sense of responsibility.

Duniel is also a loyal friend and someone who is always willing to help others. Whenever someone is in need, he does not hesitate to offer his support, whether it is through his time, advice, or hard work. His kindness, generosity, and willingness to help those around him are qualities that have always stood out to me.

Over the years, I have seen him treat everyone with respect, compassion, and dignity. He genuinely cares about people and always tries to do the right thing. He is the type of person who is willing to lend a helping hand without expecting anything in return.

Based on the many years I have known him, I can sincerely say that he is a man of good character and strong values. I respectfully ask that you take these qualities into consideration.

Thank you for your time and consideration.

Sincerely,

Yasiel Martinez

772-672-9286

Port Saint Lucie, FL 34952

July 15, 2026

To Whom It May Concern:

I am writing this letter to express my strongest support and recommendation for Mr. Duniel Raul Flores Lincheta.

My name is Idalys Cabrera Alvarez, and I have had the privilege of knowing Duniel for approximately ten years. Although our relationship began as a friendship, over the years he has become someone I consider part of my family. Because of this, I can honestly speak about his character and the values that define him.

I have known Duniel since before he came to the United States. In fact, when he first arrived from Cuba, he lived in my home for several months. Sharing my home with him allowed me to observe his daily conduct, habits, and character firsthand. Throughout that time, he consistently proved himself to be respectful, responsible, honest, hardworking, and deeply grateful.

Over the past ten years, I have known Duniel to be an exceptionally hardworking and trustworthy man. He has always supported himself through honest work and has demonstrated remarkable integrity and responsibility. He is a devoted father and a man whose greatest priority has always been the well-being of his family.

During all the years I have known him, I have never known him to be involved with drugs, alcohol abuse, violence, or any behavior that would pose a danger to others. To the best of my knowledge, he has never had behavioral problems or even traffic violations while living in the United States. He has always lived a quiet life centered on work and family.

Because I knew Duniel before he left Cuba, I am familiar with the difficult circumstances he experienced there. Over the years, he shared with me the challenges he faced and the fear he felt about returning. One event that has always stayed with me was his decision to return to Cuba when his mother became critically ill. Despite his concerns, he chose to go back because his mother was fighting for her life. That decision reflected the type of man he is: someone who places his family above his own comfort and safety.

If Duniel is released, he will have my full support. I am willing to provide him with

housing in my home if needed, financial assistance within my means, transportation, and any other support necessary to help him continue working, caring for his family, and living as the honest and responsible man I have always known him to be.

For all of these reasons, I respectfully ask that the Court consider Duniel's outstanding moral character, his dedication to his family, his history of honest work, and the strong support system he has from those who know him. Thank you for your time and consideration.

Respectfully,

Idalys Cabrera Alvarez
Phone: 786-973-7945
Email: idalyscabrera@yahoo.com

Honorable Immigration Judge:

My name is Iván Cuellar, and I am writing this letter in support of Mr. Duniel Flores Lincheta.

I am the owner of ARKIM Primary Care Clinic, a primary care medical practice located in Port St. Lucie, Florida. I understand the importance of honesty and responsibility when submitting a statement to this Honorable Court. Therefore, everything expressed in this letter is based solely on my personal knowledge and experience.

I have known Duniel Flores Lincheta for more than twenty years. Our friendship began when we were both young in Cuba, and after I immigrated to the United States, we continued to maintain a close relationship and regular contact. Because of our longstanding friendship, I have had the opportunity to know his character and values very well.

Throughout all these years, Duniel has consistently demonstrated that he is an honest, respectful, hardworking individual with strong moral principles. I have never known him to display violent, disrespectful, or inappropriate behavior. On the contrary, he has always treated others with dignity, respect, and responsibility, and has consistently tried to do what is right.

I can also attest to his strong commitment to his family. I have always known him to be deeply concerned about the well-being of his loved ones and willing to help others whenever possible. These qualities have remained constant throughout the many years I have known him.

Based on my personal experience, I firmly believe that Duniel Flores Lincheta is a person of good moral character, and I respectfully ask that his character and personal qualities be taken into consideration when evaluating his case.

I submit this letter voluntarily and with the utmost respect for this Honorable Court. Everything stated herein is true and based on my personal knowledge and experience.

Thank you for your time and consideration.

Respectfully,

Iván Cuellar
Owner
ARKIM Primary Care Clinic

Signature: _____

Address: ███████████████ Port St Lucie FL 34953_____

Telephone: 561 994 1814_____

Email: ivcuellar73@gmail.com_____

Date: 07/20/2026_____

Honorable Immigration Judge:

My name is Lázara Mercedes Malpica Alonso, and I am writing this letter in support of Mr. Duniel Flores Lincheta.

I have known Duniel Flores Lincheta for more than twenty years. During that time, I have had the opportunity to know him personally and to observe his character, values, and conduct.

Throughout all the years I have known him, Duniel has consistently demonstrated that he is a respectful, honest, hardworking individual with strong moral principles. I have never witnessed him engage in violent, disrespectful, or inappropriate behavior that would cause me to question his integrity. On the contrary, he has always conducted himself with responsibility, courtesy, and consideration toward others.

I can also attest to the importance he places on his family. He has always shown genuine concern for the well-being of his loved ones and has consistently been willing to help others whenever he was able to do so. These qualities have remained constant throughout the many years I have known him and reflect the type of person he truly is.

Based on my personal experience, I firmly believe that Duniel Flores Lincheta is a person of good moral character who is trustworthy and deserving of respect. I respectfully ask that these qualities be taken into consideration during the evaluation of his case.

I submit this letter voluntarily and with the utmost respect for this Honorable Court. Everything stated in this letter is true and based on my personal knowledge and experience.

Thank you sincerely for your time and consideration.

Respectfully,

Lázara Mercedes Malpica Alonso

Signature: _____

Address: ███████████████ Port St. Lucie, FL 34953

Telephone: (772) 204-3088

Email: _____

Date: July 20, 2026

Honorable Immigration Judge:

My name is Rocío de la Caridad Cuéllar García, and I am writing this letter in support of Mr. Duniel Flores Lincheta.

I have known Duniel Flores Lincheta since my arrival in the United States. Since that time, he has maintained a close relationship with my family, which has allowed me to know him personally and observe his conduct over the years.

I have always known Duniel to be a respectful, kind, honest, and principled person. Throughout the time I have known him, I have never witnessed any aggressive, disrespectful, or inappropriate behavior that would cause me to question his integrity. On the contrary, he has consistently treated others with kindness, respect, and consideration.

I have also had the opportunity to observe the importance he places on his family. He has always demonstrated that he is a responsible individual who genuinely cares about the well-being of his loved ones and is willing to help others whenever possible.

Based on my personal experience, I believe that Duniel Flores Lincheta is a person of good moral character, who is responsible, trustworthy, and deserving of respect. I respectfully ask that these qualities be taken into consideration during the evaluation of his case.

I am submitting this letter voluntarily and with the utmost respect for this Honorable Court. Everything stated in this letter is true and based on my personal knowledge and experience.

Thank you sincerely for your time and consideration.

Respectfully,

Rocío de la Caridad Cuéllar García

Signature: _____

Address: ██████████████████ Port St. Lucie, FL 34953

Telephone: (772) 267-0165

Email: rocio343.rc@hotmail.com

Date: July 20, 2026

Honorable Immigration Judge:

My name is Dr. Kali Cuellar, and I am writing this letter in support of Mr. Duniel Flores Lincheta.

I am a physician and co-owner of ARKIM Primary Care Clinic, a primary care medical practice located in Port St. Lucie, Florida. As a healthcare professional, I understand the importance of integrity, responsibility, and honesty when providing a statement to this Honorable Court. Everything expressed in this letter is based solely on my personal knowledge and experience.

I have known Duniel Flores Lincheta for more than twenty years. Throughout that time, I have had the opportunity to know him personally and to observe his character, values, and the way he interacts with those around him.

I have always known Duniel to be a respectful, hardworking, honest individual with strong moral values. During all the years I have known him, he has consistently demonstrated integrity, responsibility, and genuine respect for others. I have never witnessed any violent, disrespectful, or inappropriate behavior on his part.

I can also attest to his strong commitment to his family and to the quality of his character. He has always shown concern for the well-being of his loved ones and has consistently been willing to help others whenever possible. These qualities have remained constant throughout the many years I have known him.

Based on my personal experience, I firmly believe that Duniel Flores Lincheta is a person of good moral character, and I respectfully ask that these qualities be taken into consideration when evaluating his case.

I submit this letter voluntarily and with the utmost respect for this Honorable Court. Everything stated herein is true and based on my personal knowledge and experience.

Thank you for your time and thoughtful consideration.

Respectfully,

Dr. Kali Cuellar
Physician and Co-Owner
ARKIM Primary Care Clinic

Signature: _____

Address: ███████████      Port St Lucie FL 34953_____

Telephone: 561 802 8648_____

Email: kaly1807@yahoo.es_____

Date: 07/20/2026_____

# CHARACTER REFERENCE LETTER

**Honorable Judge:**

I am writing this letter in support of Duniel Flores Lincheta, whom I have known since our childhood in Cuba.

When Duniel arrived in the United States, I had the opportunity to welcome him, assist him, and guide him as he began building his life and establishing himself in this country. Since then, I have been able to closely observe the kind of person he is and the responsible manner in which he has conducted his life.

Duniel is a hardworking, honest, and responsible man. Throughout all the years I have known him, I have always seen him work diligently to move forward through honest employment. On many occasions, he has held two jobs at the same time in order to provide a better life for his family and fulfill all of his responsibilities.

In addition to being an excellent worker, he is a devoted father, a good son, and a loyal friend. He is always willing to help others and has demonstrated that he is a person of strong values, respectful, and deeply committed to his family and his community.

Having known him for so many years, I can sincerely state that he possesses excellent moral character. I firmly believe that he is a person who contributes positively to society and deserves the opportunity to continue living and working in this country alongside his family.

Thank you very much for taking the time to consider this letter. I respectfully ask that you take into account my testimony regarding the integrity, dedication, and values of Duniel Flores Lincheta.

Sincerely,

**Yadiel Martínez Benavidez**
Signature

Date: 07/24/2026